ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 9 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | |
| ALAN WESLEY HOUSE | NO. 1:11CR389 |

THE GRAND JURY CHARGES THAT:

Beginning on or about February 6, 2007, and continuing until on or about July 2010, in the Northern District of Georgia, the defendant, ALAN WESLEY HOUSE, while employed as a Customs and Border Patrol Officer, did knowingly and willfully steal and convert to his own use and the use of others, money and things of value belonging to the United States, Department of Homeland Security, Customs and Border Protection, that is, using United States Government Fleet Gas Card Numbers: XXXX XXXX XXXX 9336; XXXX XXXX XXXX 1726; XXXX XXXX XXXX 9443; XXXX XXXX XXXX 8981; and XXXX XXXX XXXX 9146, the defendant purchased gasoline and other items for his personal use and the personal use of others, said money and

//
//
//
//
//
//
//

other things of value being in the aggregate more than $1,000.00 in value, in violation of Title 18, United States Code, Section 641.

A _____true_____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

L. SKYE DAVIS
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
ph: 404/581-6349    fax: 404/581-6171
PROVISIONALLY ADMITTED PURSUANT TO LOCAL RULE 83.1A(3), NDGa.